CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH EDWARD MOSS, ) | | |
| Plaintiff, ) | Civil Action No. 7:16-cv-00237 | |
| ) | | |
| v. ) | **DISMISSAL ORDER** | |
| ) | | |
| VIAR, et al, ) | By: Michael F. Urbanski | |
| Defendant(s). ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20 day of September, 2016.

/s/ Michael F. Urbanski
United States District Judge